**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Luis Manuel Leal TORRES,
Defendant—Appellant.**

**No. 05–50250.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Decided March 14, 2006.

Steven D. Clymer, Esq., Ronald L. Cheng, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Michael Ian Garey, Esq., Santa Ana, CA, for Defendant–Appellant.

---

* This panel unanimously finds this case suit-

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

### MEMORANDUM **

Luis Manuel Leal Torres appeals from his guilty-plea conviction and 30–month sentence for improper entry by an alien in violation of 8 U.S.C. § 1325.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Torres has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

